HENRY TYLER, ALIAS JOE KENNEY, v. THE STATE.

No. 3325.   Decided October 28, 1914.

**Forgery—Appeal—Escape.**

    Where, pending appeal from a conviction of passing a forged instrument, the defendant escaped from custody and did not voluntarily return within ten days, the appeal must be dismissed.

Appeal from the District Court of Cherokee.   Tried below before the Hon. Lee D. Guinn.

Appeal from a conviction of forgery; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—This conviction was for passing a forged instrument. Pending the appeal appellant has made his escape from custody. He did not voluntarily return within ten days, nor has he as yet returned, or had not up to the time of making of the affidavit by the sheriff of his escape. The ten days had long since expired before the affidavit was made. Under this showing the appeal will have to be dismissed.

*Dismissed.*